RECEIVED IN
The Court of Appeals
Sixth District

DEC 1 8 2015

Texarkana, Texas
L. E. A. Bailey, Clerk

In The Court of Appeals for the
Sixth Judicial District of Texas

FILED IN
The Court of Appeals
Sixth District

DEC 1 8 2015

Texarkana, Texas
Debra K. Autrey, Clerk

No. 06-15-00129-CR

James Barcard Cunningham, Appellant

V.

The State of Texas, Appellee

---

First Motion For Extension of Time
To File Appellants' Pro Se Brief or Response
to Ander's Brief.

---

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Comes now, James Barcard Cunningham, Appellant Pro Se, and Respectfully moves the Court to extend the deadline for filing his brief (or response) by 30 days. In Support, Appellant would show the following:

I

On June 17, 2015 The Jury found Appellant guilty of Unlawful Possession of a Firearm By Felon. The Judge assessed Punishment at 20 Years imprisonment in the Texas Department of Criminal Justice.

Page 1 of 2

## II

On November 23, 2015, Appellant received notice by mail that his appeal attorney filed an Ander's Brief on his behalf and notice that appellant had a right to file a pro se brief or response to the Anders Brief.

## III

On November 23, 2015, The appellate record was first made available to Appellate. The deadline for filing appellate's brief or response is December 21, 2015

## IV

This is Appellants first request for extension. Appellant is unable to meet the deadline for the following reasons: 1). I have little to No knowledge of law thereby slowing down my research, 2). I have a limited access to law library time and 3). I am unable to fully comprehend legal terminology.

## V

For the reasons stated above, Appellant respectfully request an additional 30 days to complete the Pro Se Brief or response in support of Appellants appeal

### Prayer

Appellant prays that the court grant this motion and extend the time to file Appellants Pro Se Brief or response by 30 days, extending the deadline to January 20, 2016

Respectfully Submitted

James Cunningham

# Certificate of Service

On this the 14th day of December 2015 a motion for time extension to file Pro Se Brief or response was mail to Mrs. Debra K. Autrey. at Bi-State Justice Building, 100 North State line Avenue #20, Texarkana TX 75501, By use of US Postal Service.